**WHEELER v. WELCH**

[332 N.C. 342 (1992)]

TIMOTHY WHEELER, PLAINTIFF v. MICHAEL G. WELCH, NANCY WALDEN
AND HUSBAND, RICHARD WALDEN, AND INTEGON INDEMNITY CORPORA-
TION, UNINSURED MOTORIST CARRIER, UNNAMED DEFENDANT

No. 149PA91

(Filed 4 September 1992)

ON discretionary review pursuant to N.C.G.S. § 7A-31 prior
to determination by the Court of Appeals of a declaratory judgment
for plaintiff entered by *Butterfield, J.,* on 31 December 1990 in
Superior Court, HARNETT County. Heard in the Supreme Court
16 October 1991.

*James M. Johnson and Rhonda H. Ennis for plaintiff appellee.*

*Walter L. Horton, Jr., for defendant appellant.*

PER CURIAM.

For the reasons stated in *Lanning v. Allstate Insurance Co.,*
332 N.C. 309, 420 S.E.2d 186 (1992) (filed simultaneously herewith),
the judgment is reversed, and the cause is remanded to the Superior
Court, Harnett County, for entry of a judgment for defendant
appellant.

Reversed.

Justices FRYE and LAKE did not participate in the considera-
tion or decision of this case.